UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYFIELD J. THIBEAUX, )
)
      Plaintiff, )
  v. )
)     Civil Action No. 12-01588 (RWR/AK)
SOCIAL SECURITY )
ADMINISTRATION, )
)
      Defendant. )
)

## MEMORANDUM OPINION

Pending before this Court is *pro se* Plaintiff's Motion for Court Ordered National HUD Subsidy Housing Voucher ("Motion") [34] and the Defendant's Opposition thereto ("Opposition") [35]. The instant case was filed on September 25, 2012, and it challenges decisions by the Social Security Administration regarding Plaintiff's applications for social security benefits under Titles II and XVI of the Social Security Act. (Complaint [1].) The only defendant named in this case is the Social Security Administration. The Department of Housing and Urban Development ("HUD") is not a named defendant in this case. Because Plaintiff's Motion [34] seeks relief that is not set forth in the Complaint from a party that is not named as a defendant, Plaintiff's Motion must be denied.

DATED: September 30, 2015            _____/s/_____
                                 ALAN KAY
                                 UNITED STATES MAGISTRATE JUDGE